# Third District Court of Appeal

## State of Florida

Opinion filed July 23, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1476
Lower Tribunal No. 25-9350-FC-04
_____

**Anyerson Hernandez,**
Appellant,

vs.

**Estela Villanustre,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marie E. Mato, Judge.

Scott J. Brook, P.A., and Scott J. Brook (Coral Springs), for appellant.

Lorenzen Law, P.A., and Dirk Lorenzen, for appellee.

Before SCALES, C.J., and LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.